UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 17-22328-LMI
CHAPTER 13

IN RE:

**Roberto Mesa aka Roberto Mesa Sanchez,**

      **Debtor(s)**
_____/

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2 FILED NOVEMBER 1, 2017**

COMES NOW DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1, by and through its undersigned attorney, and files this Notice of Withdrawal of its Proof of Claim No. 2 filed on November 1, 2017.

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal Proof of Claim No. 2 filed November 1, 2017 has been provided by U.S. mail to all parties on the attached mailing list this 1st day of November, 2017

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc G. Granger , Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☒ Taji Foreman, Esq., Fla. Bar No.: 58606

## Mailing List

Roberto Mesa
420 Montgomery Street
San Fancisco, CA 94104

Ricardo R. Corona, Esq.
Attorney for Debtor(s)
3899 Nw 7Th Street, 2Nd Floor
Miami Florida 33126

Nancy K. Neidich, Trustee
Po Box 279806
Miramar, Florida 33027-

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida 33130