

**ORDERED in the Southern District of Florida on July 22, 2018.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO.: 17-22328-LMI** |
| **ROBERTO MESA** | **CHAPTER 13** |
|     Debtors, | |
| _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIM 7-1, DE # 60

**THIS CAUSE** having come before the court on July 17, 2018, upon the Debtor ROBERTO MESA's Objection to Claim Number #7-1, (D.E. #60), this Court having considered the basis for the objection and being otherwise duly advised in the premises, it is

**ORDERED** that ROBERTO MESA's objection to the claim is hereby **SUSTAINED.**

**HEREBY** Claim Number #7-1 is allowed but with no distribution by the Chapter 13 Trustee.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).